**Jose Santos GALLEGOS, Petitioner–Appellant,**

v.

**Jonathon DOBRE, Warden, Respondent–Appellee.**

No. 03–41536.

Conference Calendar

United States Court of Appeals, Fifth Circuit.

April 21, 2004.

Jose Santos Gallegos, #18816–077, Beaumont, TX, pro se.

Michael Wayne Lockhart, US Attorney's Office, Beaumont, TX, for Respondent–Appellee.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM:*

Jose Santos Gallegos, federal prisoner # 18816–077, appeals from the district court's dismissal of his 28 U.S.C. § 2241 petition. Gallegos argues that the district court erred by holding that his 28 U.S.C. § 2241 petition was subject to dismissal because it did not warrant application of the "savings clause" set forth in 28 U.S.C. § 2255.

Because Gallegos's claim fails to meet the requisite standard, the "savings clause" is not applicable to Gallegos's 28 U.S.C. § 2241 petition. *See Reyes–Requena v. United States,* 243 F.3d 893, 904 (5th Cir.2001). Accordingly, the district court's judgment is AFFIRMED.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.